UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA LESTER,

    Plaintiff(s),

vs                                                   Civil Action No: 04-74109
                                                 Honorable Victoria A. Roberts

COUNTY OF WAYNE ET AL,

    Defendant(s).
_____/

### ORDER OF DISMISSAL AS TO DEFENDANT JOHN MILLS ONLY

     On February 15, 2005, the Court entered an Order to Show Cause why Defendant John Mills should not be dismissed for lack of prosecution. No response to the Order to Show Cause has been filed. **THEREFORE IT IS ORDERED** that Defendant John Mills is dismissed for lack of prosecution.

                                                 S/Victoria A. Roberts
                                                 Victoria A. Roberts
                                                 United States District Judge

Dated: June 9, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 9, 2005.

s/Carol A. Pinegar
Deputy Clerk